CRIMINAL CASE INFORMATION SHEET

Pittsburgh ✓     Erie _____     Johnstown _____

Related to No. _____     Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ✓ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Ravitej Reddy

Is indictment waived:                    ✓ Yes        ____ No

Pretrial Diversion:                      ____ Yes     ✓ No

Juvenile proceeding:                     ____ Yes     ✓ No

Defendant is:                            ✓ Male       ____ Female

Superseding indictment or information    ____ Yes     ✓ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody    ✓ is not in custody

Name of Institution: _____

Custody is on: ____ this charge    ____ another charge
                                    ____ another conviction
                ____ State          ____ Federal

Detainer filed: ____ yes    ✓ no

Date detainer filed: _____

Total defendants: 1

Total counts: 4

Data below applies to defendant No.: 1

Defendant's name: Ravitej Reddy

## SUMMARY OF COUNT

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1-3 | 18 U.S.C. § 371 | Conspiracy to Pay and Receive Kickbacks | ✓ |
| 4 | 42 U.S.C. § 1320a-7b(b)(2)(A) | Offering and Paying Kickbacks in Connection with a Federal Health Care Program | ✓ |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 11/26/2019

ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382