IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>RAVITEJ REDDY,<br><br>    *Defendant.* | Criminal No. 2:19-cr-357 - 1<br><br>Hon. William S. Stickman IV |

## **PLEA FORM**

AND NOW, on the record this 10th day of January 2020, the defendant in the above-captioned matter, RAVITEJ REDDY, enters a plea of GUILTY to Counts 1 through 4 of the Information.

_____
Signature of Defendant RAVITEJ REDDY

_____
Signature of Attorney Mark A. Rush
Counsel for Defendant